UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-21041-Civ-SEITZ

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

Plaintiff,

vs.

EASTERN CONSTRUCTION GROUP, INC., a Florida corporation, EMILIO J. ALVAREZ and MARTHA L. ALVAREZ, citizens of Florida, and CHRISTOPHER BLANCO and CHRISTINE BLANCO, citizens of Florida,

Defendants.
_______________________________________/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED** that based upon the client's written consent the firm of V.M. DIAZ AND PARTNERS, LLC is hereby substituted as counsel for the Defendants, CHRISTOPHER and CHRISTINE BLANCO in place of PODHURST ORSECK, P.A.

**DATED this 31st day of January, 2011.**

V.M. DIAZ AND PARTNERS, LLC,
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139

By______________________
Victor M. Diaz, Jr.

PODHURST, ORSECK, P.A.
25 W. Flagler St., Suite 800
Miami, FL 33130

By______________________
Aaron S. Podhurst

**ORDER SUBSTITUTING COUNSEL**

Pursuant to the above Stipulation and the Court being otherwise fully advised in the premises, it is,

**ORDERED AND ADJUDGED** that the firm of V.M. DIAZ AND PARTNERS, LLC, is hereby substituted as counsel of record for the Defendants, CHRISTOPHER and CHRISTINE BLANCO, in place of PODHURST, ORSECK, P.A.

**DONE AND ORDERED** in Chambers at Miami, Dade County, Florida this 31st day of January, 2011.

UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Podhurst Orseck, PA
Victor M. Diaz, Jr.
Ronald L. Krammer, Esq.
Pedro E. Hernandez, Esq.
Thomas F. Schlotzhauer, Esq.
Ervin A. Gonzalez, Esq.
Patrick S. Montoya, Esq.