```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION

                    CASE NO.: 10-21041-CV-Graham/Torres
```

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,
v.

EASTERN CONSTRUCTION GROUP,
INC., a Florida corporation and
EMILIO J. ALVAREZ and MARTHA L.
ALVAREZ, citizens of Florida,

    Defendants.
_____/

## MEDIATOR'S REPORT

Mediator, John S. Freud, files this Mediator's Report, and states:

1. The parties and/or their respective counsel and/or representative(s), attended mediation on 02/21/11.

2. The above matter is adjourned.

3. All matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties. Each party and/or counsel shall pay their agreed share of the Mediation fees and costs. This Report will be supplemented as circumstances dictate. The Court shall retain jurisdiction concerning the Mediation process and/or Mediation fees and costs.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 23rd day of February, 2011, upon counsel of record.

```
                    MEDIATION SOLUTIONS, INC.
                    Museum Tower, Suite 2700
                    150 West Flagler Street
                    Miami, FL 33130
                    Telephone: (305) 371-9120
                    Facsimile: (305) 371-9197


                    By:_/s/ John S. Freud_____
                        JOHN S. FREUD - Mediator
                        FL BAR NO. 328308
```