UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-21041-CIV-SEITZ

MID-CONTINENT CASUALTY COMPANY
a Foreign Corporation,

    Plaintiff,

v.

EASTERN CONSTRUCTION GROUP, INC., a
Florida Corporation, EMILIO J. ALVAREZ and
MARTHA L. ALVAREZ, citizens of Florida, and
CHRISTOPHER BLANCO and CHRISTINE
BLANCO, citizens of Florida

    Defendant.
_____/

## REPORT OF MEDIATOR

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on March 30, 2011, all of the parties or their authorized representatives were in attendance, and the matter was adjourned for further discussions.

Dated: April 1, 2011

                                      Respectfully submitted,

                                      /s David H. Lichter
                                      Florida Bar No. 359122
                                      Email: dlichter@hlglawyers.com
                                      Higer Lichter & Givner, LLP
                                      18305 Biscayne Blvd., Suite 302
                                      Aventura, FL 33160
                                      Telephone:   305-933-9970
                                      Facsimile:    305-933-0998
                                      *Mediator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2011, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

/s David H. Lichter
David H. Lichter
Florida Bar No. 359122

## SERVICE LIST

Pedro E. Hernandez, Jr., Esq.  
Hinshaw & Culbertson, LLP  
9155 South Dadeland Blvd., Suite 1600  
Miami, Florida 33156

Victor M. Diaz, Jr., Esq.  
Podhurst Orseck, P.A.  
25 West Flagler Street, Suite 800  
Miami, Florida 33130

/s David H. Lichter